IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07- 49 - UNA |
| GILBERTO ZARCO, | :  |
| Defendant. | : |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about March 2, 2005, in the State and District of Delaware, GILBERTO ZARCO, defendant herein, did knowingly distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

### NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Count I of this Indictment, GILBERTO ZARCO, defendant herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;



FILED
APR - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(3)  has been placed beyond the jurisdiction of the court;

(4)  has been substantially diminished in value; or

(5)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Sophie E. Bryan
Assistant United States Attorney

Dated:  April 3, 2007

2