IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-41M-MPT |
| ) | |
| GILBERTO ZARCO, ) | CR07-49-UNA |
| ) | |
| Defendant. ) | |

MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the entire file as to the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Sophie E. Bryan
Assistant United States Attorney

Dated: April 4, 2007

IT IS SO ORDERED this 4th day of April, 2007.

_____
Honorable Gregory M. Sleet
United States District Court
District of Delaware

FILED
APR - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-41M-MPT |
| | ) |
| GILBERTO ZARCO, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby certify that on the 4th of April 2007, I caused the foregoing Motion and Order to Unseal to be filed with the Clerk of the Court. I further certify that two copies of the foregoing pleading were served via First Class mail, postage pre-paid, on counsel of record as follows:

>Jan A. T. van Amerongen, Jr., Esquire
>Legal Arts Building
>1225 King Street, Suite 301
>Wilmington, DE  19801

>/s/ Sophie E. Bryan
>Sophie E. Bryan
>Assistant United States Attorney
>United States Attorney's Office
>1007 Orange Street, Suite 700
>P.O. Box 2046
>Wilmington, DE 19899-2046
>(302) 573-6277, ext. 126
>sophie.bryan@usdoj.gov