AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

CASE NUMBER: 07- 41m - MPT

**GILBERTO ZARCO,**

**Defendant.**

To: The United States Marshal
and any Authorized United States Officer

 YOU ARE HEREBY COMMANDED to arrest GILBERTO ZARCO, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest  magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

**charging him with** (brief description of offense)

 knowingly distributing a Schedule II controlled substance, to wit, cocaine,

**in violation of Title  _21_  United States Code, Section (s)  _841(a)(1) and (b) (1)(C)_____.**

**Honorable Mary Pat Thynge** _____
Name of Issuing Officer

Signature of Issuing Officer

**Bail fixed at $** _____

United States Magistrate Judge
**District of Delaware**
Title of Issuing Officer

**Wilmington, Delaware**
Date and Location

by _____
Name of Judicial Officer

FILED

APR - 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 844 King St Welm DE | | |
| DATE RECEIVED 3/1/07 | NAME AND TITLE OF ARRESTING OFFICER for DEA J tol. cichio | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/7/07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest