UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 07-49 GMS |
| vs. ) | |
| ) | |
| GILBERTO ZARCO, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on _April 19, 2007_ requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until _June 15, 2007_. The time between the date of this order and _June 15, 2007_ shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney