UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           CASE NO.: CR07-49-UNA

GILBERTO ZARCO,

    Defendant.
_____/

### REQUEST FOR, AND/OR NOTICE OF, SUBSTITUTION OF COUNSEL

The Defendant, by and through undersigned counsel, hereby gives notice that he desires Carlos Zaldivar, of the **Mininno Law Offices**, to be substituted as counsel of record in the above matter in lieu of the Jan A. T. van Amerongen, the Defendant's current attorneys of record.

The instant action is undertaken after consultation with the Defendant, his consent, and the acquiescence of his current counsel of record.

Finally, Assistant United States Attorney Sophie E. Bryan has authorized the undersigned to represent that the Government has no objection to the requested relief.

Wherefore, the Defendant prays his Motion be granted.

Respectfully submitted this 10th day of April, 2007,

| | |
|---|---|
| Jan A. T. van Amerongen LLC<br>Legal Arts Building<br>1225 King Street<br>Wilmington, Delaware  19801<br>302-656-8007<br><br>By: _____<br>Jan A. T. van Amerongen | Mininno Law Office<br>475 White Horse Pike<br>Collingswood, NJ  08107<br>856-833-0600 (Phone)<br><br>By: _____<br>Carlos Zaldivar |

By: _____
    Gilberto Zarco
    Defendant



FILED
APR 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF GOOD-FAITH

Undersigned counsel hereby represents that the instant substitution was generated as a result of an irreconcilable conflict between Mr. van Amerongen and his current counsel of record. Additionally, the substitution shall not delay the proceedings unnecessarily. The notice is filed in *good-faith* and not for purposes of delay but, rather, to assist the Defendant.

Carlos Zaldivar

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Substitution of Counsel** was mailed to: Sophie E. Bryan, Assistant United States Attorney, Office of the United States Attorney, Nemours Building, 1007 N. Orange Street, PO Box 2046, Wilmington, Delaware, 19899-2046 on this 10th day of April, 2007.

Carlos Zaldivar