LAW OFFICE
# CARLOS ZALDIVAR, LLC
888B HADDON AVENUE
COLLINGSWOOD, NEW JERSEY 08108
TELEPHONE (856) 869-8820
TELECOPIER (856) 869-9570

CARLOS ZALDIVAR
MEMBER OF NJ, PA & FL BARS

E-MAIL
czaldivar@zaldivarlaw.com

June 14, 2007

Clerk's Office
United States District Court
District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

    RE: UNITED STATES OF AMERICA v. GILBERTO ZARCO
    CASE NO.: CR 07-47-JJF

To Whom It May Concern:

Enclosed please find the following:

1. An original and one copy of a Motion to Compel -- Disclosure of Informant and Memorandum to Support Motion to Compel; and
2. A CD containing the same

If you have any questions regarding this matter, please contact me.

Sincerely,

Carlos Zaldivar

Enclosure
cc: Beth Moskow-Schnoll
    Assistant United States Attorney

RECEIVED
JUN 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE