UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
Criminal Case No. CR 07-49 JJF

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO COMPEL |
| | ) | DISCLOSURE OF INFORMANT |
| GILBERTO ZARCO, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, Gilberto Zarco, through undersigned counsel, moves the Court for an Order requiring the government to disclose the identity of any informant or informants utilized by the Government in the investigation of the above-entitled matter, including the informant referenced in the DEA reports, and all other informants, to provide copies of reports and detailed summaries of all information provided by said informant(s) to agents involved in this case, and to make such informant(s) available for interview by defendant's attorney, in connection with defendant's pretrial motions and preparation for trial, and to disclose the prior criminal convictions of such informants(s).



FILED
JUN 1 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

This motion is based upon the accompanying memorandum, the Indictment, the records and files in the above-entitled action, and any and all other matters which may be presented prior to or at the time of hearing of said motion.

Dated: June 15, 2007                    Respectfully Submitted,

                                        Carlos Zaldivar, LLC

                                        By: Carlos Zaldivar
                                        Attorney for Defendant
                                        888B Haddon Avenue
                                        Collingswood, NJ  08108
                                        (856) 869-8820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via U.S. mail on June 15, 2007 to Beth Moskow-Schnoll, Assistant United States Attorney, Nemours Building, #700, P.O. Box 2046, Wilmington, Delaware 19899-2046.

                                        Carlos Zaldivar, Esquire