IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-49 JJF |
| GILBERT ZARCO, | : | |
| Defendant. | : | |

### ORDER

WHEREAS, on April 19, 2007, Defendant pled not guilty to the charges pending against him;

WHEREAS, a Motion to Compel was filed (D.I. 23);

NOW THEREFORE, IT IS HEREBY ORDERED that a Status Conference will be held on **Thursday, August 2, 2007, at 1:15 p.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

June 26, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

