IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-049 JJF |
| GILBERTO ZARCO, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court has been informed that the Defendant is prepared to enter a Plea in the above-captioned case;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Status Conference set for August 2, 2007 is cancelled.

2. A Rule 11 hearing will be held on **Tuesday, August 2, 2007 at 1:15 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

3. The time between the date of this Order and August 2, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

July 27, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE