IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-049-JJF |
| GILBERT ZARCO, | : |
| Defendant. | : |

**O R D E R**

    WHEREAS, the above Defendant having entered a plea of guilty to Count Seven of the Indictment pending against him in this Court,

    IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, December 6, 2007, at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.


  September 26, 2007                       /s/ Joseph J. Farnan, Jr.
      DATE                                 UNITED STATES DISTRICT JUDGE